IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07MC00028-GEB-KJM |
| | ) | |
|        Plaintiff, | ) | |
| | ) | |
|   v. | ) | ORDER OF CONTINUING |
| | ) | GARNISHMENT (WAGES) |
| RALPH M. GEROLAMY, | ) | |
| | ) | |
| | ) | |
|        Defendant and | ) | |
|        Judgment Debtor. | ) | |
| _____ | ) | |
| | ) | |
| TELESIS CONSTRUCTION, | ) | |
| | ) | |
|        Garnishee. | ) | |
| _____ | ) | |

    Pursuant to the Request for Entry of Order of Continuing Garnishment (Wages),

    IT IS ORDERED that the garnishee Telesis Construction, shall forward to the U.S. District Court Clerk twenty-five percent (25%) of the disposable earnings (gross wages less <u>required</u> deductions for federal income tax, federal social security, Medicare tax, state income tax, state disability insurance and payments to a <u>public</u> employee retirement system) per pay period  owing by the

1

1  garnishee to the judgment debtor, beginning on the date the
2  garnishee <u>received</u> the Writ of Continuing Garnishment (Wages), and
3  continuing said payments for a subsequent pay periods until the
4  judgment in favor of the United States is paid in full.  The
5  garnishee shall, however, pay to the judgment debtor minimum net
6  wages of $508.00 per pay period.
7       IT IS SO ORDERED.
8  DATED:  July 27, 2007.

_____
U.S. MAGISTRATE JUDGE

2